David Yeung - Proposed PO

.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YEUNG, an individual<br><br>Plaintiff,<br><br>v.<br><br>EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, Inc. a California corporation; and DOES 1-100<br><br>Defendant. | Case No. 5:17-cv-01922-JFW (SPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Assigned to: District Court Judge:<br>Honorable John F. Walter<br>Magistrate Judge: Sheri Pym]<br><br>State Court Action Filed: August 16, 2017<br>Trial Date:             September 18, 2018 |

Plaintiff Donald Yeung ("Plaintiff") and Defendant Emerson Process Management Power and Water Solutions, Inc. ("Defendant") (jointly, the "Parties"), through their respective counsel, having submitted their STIPULATED PROTECTIVE ORDER on March 29, 2018, and for good cause shown,

**IT IS SO ORDERED.**

DATED: April 4, 2018

Honorable Sheri Pym
United States District/Magistrate Judge

# PROOF OF SERVICE

*David Yeung v. Emerson Process Management Power & Water Solutions, Inc., et al.*
Case No. 5:17-cv-01922-JFW (SPx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On April 4, 2018, I served the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 4, 2018, at Costa Mesa, California.

Lisa Sles
Type or Print Name                             Signature

33233479.1

# SERVICE LIST
*David Yeung v. Emerson*
Case No. 5:17-cv-01922-JFW (SPx)

| | |
|---|---|
| Paul P. Cheng, Esq.<br>Artin Sodaify, Esq.<br>LAW OFFICE OF PAUL P. CHENG<br>790 E. Colorado Blvd., Ste 260<br>Pasadena, California 91101<br>Tel:   (626) 356-8880<br>Fax:  (888) 213-8196<br>litigation@paulchenglaw.com<br>asodaify@pprclaw.com | Attorneys for Plaintiff,<br>David Yeung |

33233479.1