Js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YEUNG, an individual<br><br>Plaintiff,<br><br>v.<br><br>EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS, Inc. a California corporation; and DOES 1-100<br><br>Defendant. | Case No. 5:17-cv-01922-JFW (SPx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[Assigned to: District Court Judge: Honorable John F. Walter<br>Magistrate Judge: Sheri Pym]<br><br>State Court Action Filed: August 16, 2017<br>Trial Date: September 18, 2018 |

Based upon the Parties' Joint Motion for Dismissal of Action with Prejudice, this Court finds good cause for such an order and issues an order as follows:

IT IS HEREBY ORDERED.

1. This entire matter is hereby dismissed with prejudice; and
2. Each party will bear their own attorney's fees and costs.

IT IS SO ORDERED

DATED: May 17, 2018

*/s/ John F. Walter*
Honorable John F. Walter

Proposed Order re Motion to